IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RONNY CROOK,

    Plaintiff,

v.                                                     CASE NO. 4:09cv274-SPM/WCS

MS. FELICIA NOBLES, et al.,

    Defendants.

_____/

## ORDER

THIS CAUSE comes before the Court for consideration of the magistrate judge's report and recommendation (doc. 6) dated September 30, 2009. Plaintiff filed no timely objections pursuant to Title 28, United States Code, Section 636(b)(1). On October 26, 2009, however, he submitted amended complaint to the institution for mailing. The amended complaint is untimely and provides no good cause for Plaintiff's failure to comply with previous court orders.

I have determined that the report and recommendation should be adopted. Accordingly, it is ORDERED as follows:

    1.      The magistrate judge's report and recommendation (doc. 6) is ADOPTED and incorporated by reference in this order.

2. This case is dismissed without prejudice for failure to prosecute and failure to comply with a court order.

DONE AND ORDERED this 8th day of March, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Chief United States District Judge